**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRANCISCO A. B.,

Plaintiff,

v. No. 1:26-cv-01679-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** coming before the Court upon Defendant's Second Unopposed Motion for Extension of Time (the "Motion"), (Doc. 12), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Opposed Motion to Reverse or Remand, (Doc. 9), no later than **November 9, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 2nd day of October, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE